# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
One Bowling Green
New York, NY 10004–1408

| | |
|---|---|
| IN RE: Anita S. Wigginton | CASE NO.: 04–16523–rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–0938 | CHAPTER: 7 |

## NOTICE TO CREDITORS AND INTERESTED PARTIES
## REVOCATION OF DISCHARGE, 11 USC § 727(d)

A discharge for the above named debtor(s) was entered on 08/29/2005 by order number 19 .

The court has revoked the debtor's discharge pursuant to 11 USC § 727(d). The automatic stay is terminated pursuant to 11 USC § 362(c)(2)(C).

Dated: January 15, 2009                     Vito Genna
                                            Acting Clerk of the Court